AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| DIGIMEDIA TECH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23-cv-104 |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.
c/o OnePlus USA Corp. (general manager)
c/o Richard Wahng
2479 E Bayshore Rd
Ste 130
Palo Alto, CA 94303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cortney S. Alexander
Kent & Risley LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA  30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __3/13/23__

*Signature of Clerk or Deputy Clerk*: David A. O'Toole

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-104

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OnePlus Technology (Shenzhen) Co., Ltd. c/o OnePlus USA Corp. (general manager)
was received by me on *(date)* 3/15/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Richard Wahng, who is designated by law to accept service of process on behalf of *(name of organization)* OnePlus USA Corp. on *(date)* 3/17/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 129.00 for services, for a total of $ 129.00.

I declare under penalty of perjury that this information is true.

Date: 3/21/23

Server's signature

Douglas Henry
Printed name and title

255 Davenport Way
Palo Alto, CA 94306
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Richard Wahng, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Asian male contact 6'0"-6'2" tall and weighing 200-240 lbs.